**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Allan Newman, et al.,

Plaintiffs,

v. **CIVIL 00-257 (JRT/RLE)**

United Vaccines, Inc., a division of
Harlan Sprague Dawley, Inc.,

Defendant.

- - - - - - - - - - - - - - - - - -

Randy Behrens, et al.,

Plaintiffs,

v. **CIVIL 00-459 (ADM/RLE)**

United Vaccines, Inc., a division of
Harlan Sprague Dawley, Inc.,

Defendant.

---

**ORDER OF DIRECTION TO THE CLERK OF COURT**
**FOR REASSIGNMENT OF RELATED CASE**

---

Case No. 00-257 having been assigned to Judge John R. Tunheim and Case No. 00-459 having later been assigned to Judge Ann D. Montgomery, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 00-459 be assigned to Judge John R. Tunheim and Magistrate Judge Raymond L. Erickson, nunc pro tunc, by use of a card on the Master List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Order for Assignment of Cases dated May 28, 1998.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

DATED: March 14, 2000.

Judge John R. Tunheim
United States District Court

DATED: March 14, 2000.

Judge Ann D. Montgomery
United States District Court

FILED MAR 14 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________