AO 85 (Rev. 8/98) Notice, Consent, and Order of Reference – Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT

~~SIXTH DIVISION~~ District of ~~MINNESOTA~~

Randy J. Behrens and Theresa M. Behrens, d/b/a Behren's Fur Farm,
Plaintiff
Plaintiffs

v.

United Vaccines, Inc., a division of Harlan Sprague Dawley, Inc.,
Defendant
Defendant.

NOTICE, CONSENT, AND ORDER OF REFERENCE – EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

Case Number:

CIV 00-459 (JRT/RLE)

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C.§636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C.§636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| United Vaccines, Inc. | Scott P. Drawe | 7/1/00 |
| Randy J. Behrens & Theresa M. Behrens, d/b/a Behren's Fur Farm | [signature] | 7/11/00 |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to Raymond L. Erickson United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

FILED JUL 19 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

7-19-2000
Date

John R. Tunheim
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

F I L E C O P Y

Date: July 19, 2000 dl

---

R E C O R D O F D O C K E T T E X T

---

0:00-cv-00459 Behrens v. United Vaccines, Inc

DOCKET ENTRY

CONSENT TO TRIAL AND ORDER OF REFERENCE (Judge John R. Tunheim / 7/19/00) before Magistrate Judge Raymond L. Erickson with appeal to 8th Circuit Court of Appeals (CASE NOW ASSIGNED TO MAGISTRATE JUDGE ERICKSON - 00-459RLE) cc: all counsel 1pg(s)

Hon. Raymond L Erickson, Judge

THIS NOTICE SENT TO ALL COUNSEL