UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SIXTH DIVISION

Randy J. Behrens and Theresa M. Behrens, d/b/a Behren's Fur Farm,

Plaintiffs,

-vs-

**Court File No. CIV 00-459 (JRT/RLE)**

United Vaccines, Inc., a division of Harlan Sprague Dawley, Inc.,

Defendant.

## STIPULATION

**WHEREAS**, the Court issued a pretrial scheduling order dated August 23, 2000; and,

**WHEREAS**, the parties have diligently engaged in discovery, each party having served and answered interrogatories and requests for production of documents involving the exchange of thousands of pages of documents. No depositions have been taken to date. Deposition of the plaintiffs scheduled for December 5 and 6, 2000, were continued at the request of the plaintiffs due to scheduling conflicts. These depositions are now scheduled for January 3 and 4, 2001. It is anticipated that the depositions of the defendant's employees taken by plaintiff in January of 2001; and,

**WHEREAS**, the parties hereto desire to adjust and/or extend the deadlines outlined in the Court's August 23, 2000, pretrial scheduling order.

FILED JAN 05 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

**THEREFORE**, the parties hereto agree that the following order may be entered without the necessity of a hearing.

Dated: December 18, 2000.

JOHNSON LAW GROUP, LLP

Todd M. Johnson, Atty. I.D. 52061
Attorney for Plaintiffs
10801 Wayzata Boulevard, Suite 120
Minnetonka, MN 55305
Phone: (763) 525-1224

Dated: Dec 14, 2000.

DRAWE & HEISICK

Scott P. Drawe, Atty. I.D. 148325
Attorney for Defendant
7701 France Avenue South, Suite 400
Minneapolis, MN 55435
Phone: (952) 841-2130

**ORDER**

Based on the foregoing Stipulation,

**IT IS HEREBY ORDERED:**

That the pretrial scheduling order dated August 23, 2000, is amended as follows:

Discovery Plan

1. The period during which the parties may conduct discovery shall terminate on July 1, 2001.

2. Plaintiffs' disclosures pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure shall be made on or before February 28, 2001. The defendant's Rule 26(a)(2)(B) disclosures shall be made on or before March 31, 2001.

Non-Dispositive Motions

All non-dispositive motions shall be filed and the hearing thereon complete prior to August 1, 2001.

Dispositive Motions

All dispositive motions shall be filed and the hearing thereon complete prior to September 1, 2001.

Ready-For-Trial Date

This case shall be ready for trial on November 1, 2001, or thirty days after the Court renders its order on any dispositive motion (whichever is later) at which time the case will be placed on the Court's jury trial calendar.

**BY THE COURT:**

Dated: January 2, 2001

Raymond L. Erickson
Raymond L. Erickson
United States Magistrate Judge