UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SIXTH DIVISION

---

Randy J. Behrens and Theresa M. Behrens, d/b/a Behrens's Fur Farm,

Plaintiffs,

Court File No. CIV 00-459 (JRT/RLE)

v.

**STIPULATION** and ORDER

United Vaccines, Inc., a division of Harlan Sprague Dawley, Inc.,

Defendant.

---

WHEREAS, the Court issued a Pretrial Scheduling Order dated August 23, 2000, subsequently modified; and,

WHEREAS, the parties diligently engaged in discovery and trial preparation; and,

WHEREAS, pursuant to the Court's Pretrial Scheduled Order, dispositive motions in this case were to be completed by September 1, 2001; and

WHEREAS, defendant's counsel originally filed a summary judgment motion to be heard during the second week of August, 2001, which the parties mutually agree may be rescheduled, consistent with the Court's calendar, to September 13, 2001;

Therefore the parties agree that the deadline for the hearing of dispositive motions shall be extended to September 15, 2001.

FILED JUL 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: July 23, 2001

DRAWE & HEISICK

Scott P. Drawe

Scott P. Drawe (#148325)
7701 France Avenue South, Suite 400
Minneapolis, MN 55435
(952)841-2130

Attorney for Defendant

Dated:____________

JOHNSON LAW GROUP LLP

Todd M. Johnson (#52061)
Scott A. Johnson (#124606)
10801 Wayzata Boulevard, Suite 120
Minnetonka, MN 55305
(9525-1224

Attorneys for Plaintiffs

**ORDER**

Based upon the foregoing stipulation, it is hereby Ordered that all dispositive motions shall be filed and the hearing thereon completed on or before September 15, 2001.

Dated: 7/30/01

Raymond L. Erickson
Judge of District Court