UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Randy J. Behrens and Theresa M. Behrens, d/b/a Behrens' Fur Farm,

Plaintiffs,

vs. SETTLEMENT CONFERENCE ORDER

United Vaccines, Inc., a division of Harlan Sprague Dawley, Inc.,

Defendant. Civ. No. 00-459(RLE)

* * * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 19th day of April, 2002.

* * *

A Settlement Conference, pursuant to Rule 16, Federal Rules of Civil Procedure, will be conducted in this matter before Magistrate Judge Raymond L. Erickson, on **Wednesday, September 4, 2002, at 8:30 a.m.**, in Courtroom No. 2, United States Courthouse, 118 South Mill Street, Fergus Falls, Minnesota, according to the following terms:

1. Counsel who will try the case and a representative of each party with full authority to enter into a compromise settlement agreement **must** attend the Settlement Conference.

2. At the Conference, counsel for each party shall be prepared to present a 20 minute summation, with such demonstrative

FILED APR 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

aids as desired, of the factual and legal grounds upon which their respective client is entitled to a Jury Verdict and to the entry of Judgment on that Verdict. Following the Summary Trial to the Court, the parties shall engage in a Court-assisted Mediation. **Counsel, the parties, and their representatives, should be prepared to expend the remainder of the day in the conduct of the Settlement Conference.**

3. The Settlement Conference will also address all matters contemplated by Rule 16, Federal Rules of Civil Procedure, and a continuance of the Conference will only be granted for good cause shown upon **formal** **Motion** served and filed in accordance with the Federal Rules of Civil Procedure and the Local Rules.

4. Counsel's attention is drawn to Rule 16(f), Federal Rules of Civil Procedure.

5. Please contact the undersigned's scheduling clerk, Victoria L. Miller, 218-529-3520, **immediately** if this case has settled.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE