UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

* * * * * * * * * * * * * * * * * *

**AMENDED NOTICE OF TRIAL**

* * * * * * * * * * * * * * * * * *

Randy J. Behrens and Theresa M. Behrens, d/b/a Behrens' Fur Farm,

Plaintiffs,

vs. Civ. No. 00-459 (RLE)

United Vaccines, Inc., a division of Harlan Sprague Dawley, Inc.,

Defendant.

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 10th day of October, 2002.

* * *

On April 23, 2002, this Court entered a Notice for Trial in the above-entitled case to commence on **Monday, November 4, 2002, at 9:00 a.m.**, in Court Room No. 2, United States Courthouse, 118 South Mill St., Fergus Falls, Minnesota. Pursuant to a telephonic conference held on October 9, 2002, with counsel for the parties and the undersigned, the parties have requested that another Settlement Conference be set, and requested that the deadlines for

FILED OCT 10 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

the submission of Trial materials be adjusted accordingly. The Court will grant both requests.

THEREFORE, It is -

ORDERED:

1. That the request of the parties to conduct another Settlement Conference is GRANTED, and a separate Settlement Order will be issued.

2. That the request of the parties to adjust the deadlines for Trial submissions is GRANTED. Counsel's attention is directed to the Local Rules for the District of Minnesota, specifically, Local Rule 39.1 regarding Trial Practice. Please submit an original and one copy of Pretrial materials referred to in Local Rule 39.1, together with a Trial Brief, directly to Magistrate Judge Raymond L. Erickson, United States Courthouse, Room 412, 515 W. First St., Duluth, MN 55802, by the close of business **Tuesday, October 22, 2002**. Counsel **MUST PREMARK ALL EXHIBITS** to be used or introduced at Trial in the manner indicated in Local Rule 39.1. Blank exhibit lists may be obtained from the Clerk of Court's Office, 417 United States Courthouse, Duluth, MN 55802, and must be used when compiling your exhibit lists.

3. Objections to exhibits other than rebuttal exhibits or exhibits used exclusively for cross-examination purposes are to be resolved with opposing counsel prior to the first day of Trial.

Any objections which are incapable of resolution will be resolved by the Court at the Final Pretrial Conference.

4. Any party intending to file a Motion in limine shall serve and file the same, post-marked no later than **October 22, 2002, with the Court's copy being directly transmitted via fax to 218-529-3529.** Any party intending to respond to a Motion in limine shall serve and file the same, post-marked no later than **October 25, 2002,** with the Court's copy being transmitted as noted above.

5. At the time of Trial, counsel should be prepared to participate in the Jury's voir dire.

6. A delay or continuance of the Trial date shall only be requested upon formal Notice and Motion. Under no circumstances will a continuance be deemed justified because of a failure to complete discovery or to take depositions in lieu of Trial testimony.

7. This matter has been scheduled for Trial before a Jury, on a date certain basis, commencing on **Monday, November 4, 2002, at 9:00 a.m.**, in Court Room No. 2, United States Courthouse, 118 South Mill St., Fergus Falls, Minnesota. **Counsel are to meet in Chambers at 8:30 a.m., for a Final Pretrial Conference.**

8. Please contact the undersigned (218-529-3520) immediately if this case is settled.

BY THE COURT:

Raymond L. Erickson

Raymond L. Erickson
United States Magistrate Judge