UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Randy J. Behrens and Theresa M. Behrens, d/b/a Behrens' Fur Farm,

Plaintiffs,

vs.

ORDER OF DISMISSAL

United Vaccines, Inc., a division of Harlan Sprague Dawley, Inc.,

Defendant.

Civ. No. 00-459 (RLE)

* * * * * * * * * * * * * * * * * *

The Court having been advised by counsel that the above action has been settled, it is --

ORDERED:

That this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for 45 days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final Judgment, or to seek enforcement of the Settlement terms.

BY THE COURT:

Raymond L. Erickson

Raymond L. Erickson
United States Magistrate Judge

DATED: October 16th, 2002
At Duluth, Minnesota

OCT 16 2002
JH